

# Fourth Court of Appeals
## San Antonio, Texas

June 6, 2022

No. 04-22-00238-CR

Juan Roberto **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 1990CR1294-W10
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's brief is due May 26, 2022. On May 12, 2022, appellant filed a pro se brief and this court subsequently entered the due date for the State's brief as June 13, 2022. However, appellant is represented on appeal by appointed counsel, Ms. Angela Moore.

Because appellant is represented by counsel, he is not entitled to hybrid representation. Therefore, we STRIKE appellant's pro se brief. We also remove the June 13, 2022, due date for the State's brief from this court's calendar.

On May 24, 2022, Ms. Moore filed a motion requesting a sixty-day extension of time to file appellant's brief calculated from the date the State files its brief. However, the State's brief is not yet due. We GRANT Ms. Moore a sixty-day extension of time from the date on which appellant's brief is currently due (May 26, 2022). Ms. Moore is ORDERED to file appellant's brief **no later than July 25, 2022**. Ms. Moore is cautioned that further requests for an extension of time will be disfavored absent extraordinary circumstances.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of June, 2022.



Michael A. Cruz,
Clerk of Court